[No. 13713-5-II.  Division Two.  June 15, 1992.]

KENNETH NOLLEN, ET AL, *Appellants*, v. JOSE S. ARROYO, M.D., INC., P.S., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-2-01318-6, James D. Roper, J., entered February 20, 1990. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Seinfeld, JJ.

[No. 11273-0-III.  Division Three.  June 18, 1992.]

ALLEN R. MATTAUSCH, ET AL, *Appellants*, v. FRED C. PRUETT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 87-2-02908-0, Marcus M. Kelly, J., entered November 19, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11148-2-III.  Division Three.  June 18, 1992.]

*In the Matter of the Marriage of* FRANK A. SWEET, JR., *Appellant, and* LINDA J. SWEET (NASH), *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 77-3-01233-1, Heather Van Nuys, J., entered September 13, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.